**ROGER JEWELL**
316 N. Avenue A, #82
Casa Grande, AZ 85122
(520) 424-6253
laroger0@yahoo.com
Plaintiff, *Pro Se*

FILED _____ LODGED
_____ RECEIVED _____ COPY

APR 1 1 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **ROGER JEWELL**, an individual, | ) CASE NO. CV-13-00524-PHX-SRB |
| | ) |
| Plaintiff, | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) |
| **vs.** | ) |
| | ) |
| **ADVANCE AMERICA, CASH** | ) |
| **ADVANCE CENTERS OF ARIZONA,** | ) |
| **INC.**, a corporation, and **D2 MANAGE-** | ) |
| **MENT & ASSOCIATES**, business form | ) |
| unknown, and **DOES 1-20**, inclusive, | ) |
| | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that Plaintiff ROGER JEWELL hereby dismisses only

as to Defendant ADVANCE AMERICA, CASH ADVANCE CENTERS OF ARIZONA,

INC., without prejudice.

Respectfully submitted,

_____          April 11, 2013
**PLAINTIFF ROGER JEWELL**

-1-