ROGER JEWELL
316 N. Avenue A, #82
Casa Grande, AZ 85122
(520) 424-6253
laroger0@yahoo.com
Plaintiff, *Pro Se*

```
FILED ____ LODGED
____ RECEIVED ____ COPY
       APR 3 0 2013
   CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
BY_____ P DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ROGER JEWELL, an individual, | ) CASE NO. CV-13-00524-PHX-SRB |
| Plaintiff, | ) NOTICE OF VOLUNTARY DISMISSAL |
| vs. | ) |
| ADVANCE AMERICA, CASH ADVANCE CENTERS OF ARIZONA, INC., a corporation, and **D2 MANAGEMENT & ASSOCIATES**, business form unknown, and **DOES 1-20**, inclusive, | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that Plaintiff ROGER JEWELL hereby dismisses Defendant D2 MANAGEMENT & ASSOCIATES without prejudice.

Respectfully submitted,

_____     April 26, 2013
PLAINTIFF ROGER JEWELL

-1-